DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEONARD KORETS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1755

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 17-007162CF10A.

Ira N. Loewy of Ira N. Loewy, P.A., Pinecrest, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR and LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***